UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JANE DOE 1, Individually and on Behalf
of All Others Similarly Situated,

                Plaintiffs,

v.

ALLERGAN, INC. f/k/a INAMED
CORPORATION, ALLERGAN USA, INC.,
ALLERGAN plc, MCGHAN MEDICAL
CORPORATION, AND INAMED CORPORATION

                Defendants.

---

Case No. 19-cv-09995-(VB)

CLASS ACTION

> APPLICATION GRANTED. This case is STAYED until thirty days following a decision by the JPML on the pending motion to transfer. Clerk shall terminate the motion. (Doc. #6).
>
> SO ORDERED.
>
> Vincent L. Briccetti, U.S.D.J., 11/14/2019

PLEASE TAKE NOTICE that Defendants Allergan Inc. and Allergan USA, Inc. ("Allergan" or "Defendants") will move this Court for an Order staying this action until thirty days following a decision by the Judicial Panel on Multidistrict Litigation on the pending motion to transfer. Defendants will rely upon the accompanying Memorandum of Law and annexed exhibits attached thereto.

Dated: November 12, 2019

                                                      /s/ Robert J. McGuirl

Robert J. McGuirl, Esq. (RM-5005)
The Law Offices of Robert J. McGuirl, LLC
295 Spring Valley Road
Park Ridge, NJ 07656
robert.mcguirl@rjmlaw.org
Phone: 201-391-8200
Fax: 201-391-8660

Attorneys for Defendants Allergan, Inc.
and Allergan USA, Inc.