UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: ALLERGAN BIOCELL TEXTURED BREAST IMPLANT PRODUCTS LIABILITY LITIGATION | : Case No. 2:19-md-02921 (BRM) (JAD)<br>: MDL No. 2921<br>:<br>: JUDGE BRIAN R. MARTINOTTI<br>: JUDGE JOSEPH A. DICKSON |

**THIS DOCUMENT RELATES TO:**   *Jane Doe v. Allergan, Inc., et al.*,
   No. 2:20-cv-00070-BRM-JAD

### NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Jane Doe, through her undersigned counsel, hereby gives notice that Plaintiff voluntarily dismisses this action without prejudice and without costs.

 MAZIE SLATER KATZ & FREEMAN, LLC
 Attorneys for Plaintiff

 BY:   */s/ Matthew R. Mendelsohn*
  MATTHEW R. MENDELSOHN

Dated:  July 17, 2020

**SO ORDERED:**

_____
**BRIAN R. MARTINOTTI, U.S.D.J**
**Dated:**   July 20, 2020